See Fed. R.App. P. 41(b); D.C.Cir. Rule 41.

**Michael Henry HEARN, Appellant**

v.

**UNITED STATES of America, Appellee.**

No. 06–5237.

United States Court of Appeals, District of Columbia Circuit.

April 30, 2007.

Michael Henry Hearn, Meridian, MS, pro se.

BEFORE: GINSBURG, Chief Judge, and BROWN and KAVANAUGH, Circuit Judges.

### JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. It is

**ORDERED AND ADJUDGED** that the district court's order filed May 23, 2006, be affirmed. The district court properly determined it lacked jurisdiction over appellant's case, which had been transferred to the United States District Court for the Southern District of Mississippi on March 10, 2005.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.